```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0179--CV (JWS)
                      "USA V MONK STUART"

          Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/20/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (550) Prisoner - Civil Rights

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

Parties of Record:                                      Counsel of Record:

PLF 1.1            UNITED STATES OF AMERICA             No counsel found for this party!

DEF 1.1            STUART, MONK                         No counsel found for this party!

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A04-0179--CV (JWS)
                                "USA V MONK STUART"

                                For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/20/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (550) Prisoner - Civil Rights

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:


Document #   Filed      Docket text

NOTE -   1   08/20/04   Notation: all further docketing is to be into case A03-0173CR.
```